Santi v. Eli Lilly and Company

Doc. 4

1

2

3

4

5

6           IN THE UNITED STATES DISTRICT COURT

7

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  In re Zyprexa Products Liability Litigation          **ORDER STAYING CASES
                                                          PENDING DETERMINATION**
11  _____/            **BY MDL PANEL**

12

13          Numerous actions involving Zyprexa products liability have been filed in this Court.  A

14  transfer determination by the Judicial Panel on Multidistrict Litigation is pending as MDL-

15  1596.  Until that determination is made, all of the following cases are **STAYED** and, accordingly,

16  any deadlines or pretrial conferences in these cases are **VACATED**:

17  C05-04830 WHA
    C05-04895 WHA
18  C05-05012 WHA
    C05-05013 WHA
19  C05-05077 WHA
    C05-05092 WHA
20  C06-00036 WHA
    C06-00041 WHA
21  C06-00252 WHA
    C06-00565 WHA
22  C06-00583 WHA
    C06-00584 WHA
23  C06-00598 WHA
    C06-00663 WHA
24  C06-00900 WHA
    C06-00958 WHA
25  C06-00961 WHA
    C06-00969 WHA
26  C06-01024 WHA
    C06-01033 WHA
27  C06-01040 WHA
    C06-01043 WHA
28  C06-01053 WHA

**United States District Court**

For the Northern District of California

**United States District Court**
For the Northern District of California

1    C06-01056 WHA
     C06-01077 WHA
2    C06-01085 WHA
     C06-01093 WHA
3    C06-01110 WHA
     C06-01116 WHA
4    C06-01117 WHA
     C06-01123 WHA
5    C06-01126 WHA
     C06-01128 WHA
6    C06-01129 WHA
     C06-01131 WHA
7    C06-01155 WHA
     C06-01242 WHA
8    C06-01246 WHA
     C06-01263 WHA
9    C06-01273 WHA
     C06-01284 WHA
10   C06-01287 WHA
     C06-01339 WHA
11   C06-01340 WHA
     C06-01406 WHA
12   C06-01489 WHA
     C06-01532 WHA

13

14

15         **IT IS SO ORDERED.**

16

17    Dated:  February 28, 2006.

                             WILLIAM ALSUP
                             UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

2